```
                                               FILED
                                         U.S. DISTRICT COURT
       IN THE UNITED STATES DISTRICT COURT FOR THE AUGUSTA DIV.
              SOUTHERN DISTRICT OF GEORGIA
                   BRUNSWICK DIVISION        2006 APR 25 PM 3:28
```

TRINITA MOORE-COLEMAN,                 *      CLERK _L. Flanders_
individually, as surviving             *         SO. DIST. OF GA.
spouse, as Administratrix of           *
the ESTATE OF EARL LEONARD             *
COLEMAN, and as Guardian of            *
QUENTIN COLEMAN, and JOSHUA            *
COLEMAN,                               *
                                       *
         Plaintiff,                    *
                                       *
    v.                                 *      CV 203-050
                                       *
COOPER TIRE & RUBBER COMPANY,          *
PABLO A. TAVAREZ, CHURCH OF            *
GOD-NEW JERUSALEM, and CHURCH          *
OF GOD-NORTHEASTERN SPANISH            *
TERRITORY,                             *
                                       *
         Defendants.                   *

# O R D E R

Presently before the Court in the captioned case is Defendant Cooper Tire & Rubber Company's "Motion to Compel Compliance with Protective Order of Confidentiality." (Doc. No. 277.) Upon consideration of the parties' evidence, I find that Lisa Pasbjerg has violated the Court's Protective Order of Confidentiality and her Promise of Confidentiality by failing to return confidential material produced by Defendant Cooper Tire in this lawsuit. Accordingly, Defendant Cooper Tire's motion is **GRANTED**.

DHB (39)                                                      CCC:

**IT IS HEREBY ORDERED** that, within ten days of the entry of this Order, Ms. Pasbjerg return to Plaintiffs' counsel Robert Bartley Turner all originals, copies, notes, summaries, indices, deposition transcripts, renderings, photographs, recordings, and reproductions of the confidential material that she received in connection with this lawsuit. Furthermore, Ms. Pasbjerg is **ORDERED** to execute the Certification of Confidential Document Return attached as exhibit G to Defendant Cooper Tire's motion and return the certification to Mr. Turner within ten days of the entry of this Order. Upon receipt of the certification and confidential materials, Mr. Turner shall immediately turn them over to counsel for Defendant Cooper Tire.

Ms. Pasjberg is warned that she may be held in contempt if she fails to comply with this Order.[1]

**ORDER ENTERED** at Augusta, Georgia, this 25TH day of April 2006.

UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to serve by certified mail, return receipt requested, a copy of this Order and exhibit G of Defendant Cooper Tire's motion on Ms. Pasbjerg at 7670 SE 110th St. Road, Belleview, Florida 34420.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TRINITA MOORE-COLEMAN, Individually, as surviving spouse, as administratrix of the ESTATE OF EARL LEONARD COLEMAN, and, as Guardian of QUENTIN COLEMAN, and JOSHUA COLEMAN,<br><br>    Plaintiff<br><br>vs.<br><br>COOPER TIRE & RUBBER COMPANY, PABLO A. TAVAREZ, CHURCH OF GOD-NEW JERUZULEM, and CHURCH OF GOD-NORTHEASTERN SPANISH TERRITORY,<br><br>    Defendants | CIVIL ACTION NO. CV203-50 |

<u>Expert's/Authorized Person's Certification of Confidential Document Return</u>

1. My name is Lisa Pasbjerg. I work as an independent contractor legal assistant for Savage, Turner, Pinson & Karsman in connection with the above-referenced lawsuit.

2. I have received access to materials (including documents and confidential depositions) protected by the Protective Order ("Confidential Material") entered in Civil Action No. CV203-50; *Trinita Moore-Coleman, Individually, as surviving spouse, as administratrix of the Estate of Earl Leonard Coleman, and, as guardian of Quentin Coleman, and Joshua Coleman vs. Cooper Tire & Rubber Company, Pablo A. Tavarez, Church of God-New Jeruzulem, and Church of God-Northeastern Spanish Territory*; In the United States District Court, Southern District of Georgia, Brunswick Division (the "Lawsuit").

3. Pursuant to Plaintiffs' counsel's request, I have returned all Confidential Material as well as such material from the lawsuit of *Earl Coleman v. Cooper Tire & Rubber Company* that was produced by agreement in this lawsuit, and all copies, notes, summaries, indices, renderings, photographs, recordings and reproductions of any kind thereof of same to Robert Bartley Turner.


EXHIBIT G

4. I have also deleted and written over and destroyed any Confidential Material entered on portable electronic or magnetic media (including without limitation, floppy discs and/or compact discs), a computer database and/or computer hard drive.

5. I have not made any Confidential Material, any copies thereof, or any document that reflects or contains Confidential Material, available to any other person or entity.

6. I understand that any breach of our obligations under the Agreed Protective Order or the Confidential Release and Indemnity Agreement will subject me to all common law and statutory remedies, as well as civil sanctions levied by the United States District Court, Southern District of Georgia, Brunswick Division.

Date:_____

Signature: _____

# United States District Court
## Southern District of Georgia

| ATTORNEYS SERVED: | | |
|---|---|---|
| Ashleigh Ruth Madison/Robert Turner | CASE NO: | CV203-050 |
|   Savage & Turner | DATE SERVED: | 4/25/06 |
| Wallace E. Harrell, III | SERVED BY: | L. FLANDERS |
| Douglas K. Walker | | |
| James W. Howard/Sharon Howard | | |
|   The Howard Law firm | | |
| Steven E. Scheer | | |
| David A. Dial | | |
|   Weinberg, Wheeler Firm | | |
| Lisa Pasbjerg (including cy of Exhibit G) (cert mail - return receipt) | | |
| Charles W. Bell | | |
| W. Wray Eckl/George Brinson | | |
|   Drew, Eckl Firm | | |

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate