ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 FEB 20 P 1:57
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| TRINITA MOORE-COLEMAN, | * |
| Plaintiff, | * |
| v. | * CV 203-050 |
| COOPER TIRE & RUBBER COMPANY, et al., | * |
| Defendants. | * |

O R D E R

On October 27, 2006, this Court held that Ms. Lisa Pasbjerg be held in civil contempt for violations of the Court's Protective Order of Confidentiality and the Order of April 26, 2006, which required her to return Confidential Material produced by Defendant Cooper Tire and Rubber Company ("Cooper") in this lawsuit. Counsel for Cooper were invited to file a statement of fees and expenses incurred in enforcing the terms of the Protective Order and securing its Confidential Material. The Court is now in receipt of Cooper's Statement of Fees, requesting the imposition of sanctions against Ms. Pasbjerg in the amount of $26,726.91.

It does not appear from the certificate of service or in

DHB (34)   CCC:

the supporting affidavits that Ms. Pasbjerg was served with the Statement of Fees. Out of an abundance of caution and in the interest of fairness, **IT IS ORDERED** that Cooper serve Ms. Pasbjerg by certified mail (return receipt requested) with a copy of this Order, the Statement of Fees, and a notice that she shall have fifteen (15) days from service to show this Honorable Court why the requested sanctions should not be imposed. Cooper shall then resubmit its Statement of Fees with an affidavit concerning its compliance with this Order.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE