IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

U.S. DISTRICT COURT
Southern District of Georgia
Filed
 12:10 P. M.
 Aug 9 20 07
 /s/ BmcCotty
Deputy Clerk

| | |
|---|---|
| TRINITA MOORE-COLEMAN, individually, as surviving spouse, as administratrix of the ESTATE OF EARL LEONARD COLEMAN, and, as Guardian of QUENTIN COLEMAN, and JOSHUA COLEMAN, ) ) ) ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. CV203-50 |
| ) | |
| vs. ) | |
| ) | |
| COOPER TIRE & RUBBER COMPANY, PABLO A. TAVAREZ, CHURCH OF GOD-NEW JERUSALEM, and CHURCH OF GOD-NORTHEASTERN SPANISH TERRITORY, ) ) ) ) ) | |
| Defendants. | |

## ORDER

Under the terms of this Court's Contempt Order of October 27, 2006, the independent technical consultant firm of Baker Robbins analyzed the computer records and information contained on a computer owned by Lisa Pasbjerg ("Pasbjerg"). Baker Robbins prepared for the Court's *in camera* review a status report summarizing their analysis and findings so that the Court could consider whether "any of Cooper's Confidential Material has been electronically stored, downloaded or otherwise exists . . . and whether any of Cooper's confidential material has been electronically disseminated." (Contempt Order, page 8). Pasbjerg has the results of Baker Robbins' detailed analysis and their report, and has asserted no privilege.

Having reviewed the status report provided by Baker Robbins, the Court ORDERS as follows:

Baker Robbins is ORDERED to immediately provide to _Ms. pasbjerg and_ Cooper a copy of the status report previously filed *in camera* with this Court; and

_The parties shall treat the Baker-Robbins report_
~~Baker Robbins is ORDERED to immediately provide to Cooper a copy of all computer records and information found in their analysis of Pasbjerg's computer which is responsive to the Court's Contempt Order or otherwise relates to any matter involving Cooper.~~
_as confidential data_

SIGNED this 9th day of August, 2007.

_[signature]_
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Wallace Harrell, III
Joseph Thacker
John Ghezzi
order and report faxed to these attorneys only
per instructions of Judge Bowen.

CASE NO: 203-50

DATE SERVED: 8/9/2007

SERVED BY: bmm

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate